

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THESSALONIAN SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 14-1145 |
| COMMONWEALTH OF PENNSYLVANIA, et al. | : | |



FILED
MAY 3 0 2014
MICHAEL E. KUNZ, Clerk
By____ Dep. Clerk

## ORDER

ROBERT F. KELLY, J.,

AND NOW, this 29th day of May, 2014, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED; and

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
ROBERT F. KELLY, J.